JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NAZARETH DE AVILA HERNANDEZ, | Case No. 5:26-cv-02747-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN OF ADELANTO ICE PROCESSING CENTER et al, | |
| Respondent. | |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** immediately release **Jesus Nazareth De Avila Hernandez (A# 249-409-077)** from custody on his prior conditions of release and return any confiscated property and documents to Petitioner upon release. Provided that Petitioner is not subject to a final order of removal, Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: July 13, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2